AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MOSIER, R. KIMBALL | 2. Court or Organization<br><br>U.S.BANKRUPTCY COURT, DISTRICT OF UTAH | 3. Date of Report<br><br>7/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
350 SOUTH MAIN STREET, ROOM 365
SALT LAKE CITY, UT 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Zions Bank | Credit Card/overdraft | J |
| 2. | Bank of America | Credit Card | K |
| 3. | American Express | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA FIDELITY ROLLOVER #1 | F | Int./Div. | L | T | | | | | |
| 2.  -Artio A. Intl Equity- | | | | | Sold | 12/23/11 | J | A | |
| 3.  -Artisan MidCap | | | | | Sold | 12/23/11 | J | A | |
| 4.  -Dodge & Cox International Stock | | | | | Sold | 03/29/11 | J | D | |
| 5.  -Fairhome Fund | | | | | Sold (part) | 01/26/11 | J | | |
| 6. | | | | | Sold (part) | 03/29/11 | J | | |
| 7. | | | | | Sold | 05/06/11 | J | D | |
| 8.  -Fidelity Cash Reserve | | | | | Distributed (part) | 01/04/11 | K | | Client Distribution |
| 9. | | | | | Buy (add'l) | 01/07/11 | J | | |
| 10. | | | | | Buy (add'l) | 01/11/11 | K | | |
| 11. | | | | | Buy (add'l) | 01/13/11 | J | | |
| 12. | | | | | Distributed (part) | 01/19/11 | K | | Client Distribution |
| 13. | | | | | Buy (add'l) | 01/27/11 | K | | |
| 14. | | | | | Distributed (part) | 02/02/11 | K | | Client Distribution |
| 15. | | | | | Buy (add'l) | 02/28/11 | K | | |
| 16. | | | | | Distributed (part) | 03/03/11 | K | | Client Distribution |
| 17. | | | | | Buy (add'l) | 03/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 04/04/11 | K | | Client Distribution |
| 19. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 20. | | | | | Distributed (part) | 04/18/11 | J | | Client Distribution |
| 21. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 22. | | | | | Buy (add'l) | 05/09/11 | J | | |
| 23. | | | | | Distributed (part) | 05/16/11 | K | | Client Distribution |
| 24. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 25. | | | | | Sold (part) | 05/31/11 | J | | |
| 26. | | | | | Distributed (part) | 06/03/11 | J | | Client Distribution |
| 27. | | | | | Buy (add'l) | 06/14/11 | J | | |
| 28. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 29. | | | | | Distributed (part) | 06/17/11 | K | | Client Distribution |
| 30. | | | | | Buy (add'l) | 07/19/11 | J | | |
| 31. | | | | | Sold (part) | 07/28/11 | J | | |
| 32. | | | | | Distributed (part) | 07/28/11 | J | | Client Distribution |
| 33. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 34. | | | | | Distributed (part) | 08/15/11 | J | | Client Distribution |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/07/11 | J | | |
| 36. | | | | | Distributed (part) | 09/15/11 | J | | Client Distribution |
| 37. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 38. | | | | | Distributed (part) | 10/13/11 | J | | Client Distribution |
| 39. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 40. | | | | | Distributed (part) | 12/02/11 | J | | Client Distribution |
| 41. | | | | | Buy (add'l) | 12/23/11 | L | | |
| 42. -Fidelity Contrafund | | | | | Sold (part) | 05/27/11 | J | | |
| 43. | | | | | Sold | 06/14/11 | J | B | |
| 44. -Fidelity Floating Rate High Income 1 | | | | | Sold (part) | 01/10/11 | J | | |
| 45. | | | | | Sold (part) | 02/25/11 | J | | |
| 46. | | | | | Sold (part) | 03/29/11 | J | | |
| 47. | | | | | Sold (part) | 05/27/11 | J | | |
| 48. | | | | | Sold (part) | 06/13/11 | J | | |
| 49. | | | | | Sold (part) | 06/14/11 | J | | |
| 50. | | | | | Sold | 08/10/11 | J | D | |
| 51. -Fidelity Floating Rate High Income 2 | | | | | Sold | 08/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -First Eagle A Global | | | | | Sold (part) | 01/10/11 | J | | |
| 53. | | | | | Sold (part) | 04/12/11 | J | | |
| 54. | | | | | Sold (part) | 05/27/11 | J | | |
| 55. | | | | | Sold (part) | 06/13/11 | J | | |
| 56. | | | | | Sold (part) | 06/14/11 | J | | |
| 57. | | | | | Sold (part) | 09/06/11 | J | | |
| 58. | | | | | Sold (part) | 11/28/11 | J | | |
| 59. | | | | | Sold | 12/23/11 | J | D | |
| 60.   -First Eagle A Gold Fund | | | | | Sold (part) | 01/10/11 | J | | |
| 61. | | | | | Sold (part) | 01/26/11 | J | | |
| 62. | | | | | Sold (part) | 02/25/11 | J | | |
| 63. | | | | | Sold (part) | 04/12/11 | J | | |
| 64. | | | | | Sold (part) | 05/06/11 | J | | |
| 65. | | | | | Sold (part) | 06/13/11 | J | | |
| 66. | | | | | Sold (part) | 09/06/11 | J | | |
| 67. | | | | | Sold (part) | 10/07/11 | J | | |
| 68. | | | | | Sold | 12/23/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Hartford A Mid Cap | | | | | Sold (part) | 01/10/11 | J | | |
| 70. | | | | | Sold (part) | 02/25/11 | J | | |
| 71. | | | | | Sold (part) | 06/13/11 | J | | |
| 72. | | | | | Sold (part) | 06/14/11 | J | | |
| 73. | | | | | Sold (part) | 09/06/11 | J | | |
| 74. | | | | | Sold (part) | 10/07/11 | J | | |
| 75. | | | | | Sold | 12/23/11 | J | C | |
| 76.   -iShares S&P US Preferred Stock Index | | | | | Buy (add'l) | 01/04/11 | K | | |
| 77. | | | | | Sold | 01/10/11 | J | D | |
| 78.   -John Hancock A Global Opportunity | | | | | Sold (part) | 01/10/11 | J | | |
| 79. | | | | | Sold (part) | 01/26/11 | J | | |
| 80. | | | | | Sold (part) | 02/25/11 | J | | |
| 81. | | | | | Sold (part) | 05/27/11 | J | | |
| 82. | | | | | Sold (part) | 06/14/11 | J | | |
| 83. | | | | | Sold | 09/06/11 | J | C | |
| 84.   -Loomis Sayles Bond Retail | | | | | Sold (part) | 01/10/11 | J | | |
| 85. | | | | | Sold (part) | 02/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 03/29/11 | J | | |
| 87. | | | | | Sold (part) | 05/06/11 | J | | |
| 88. | | | | | Sold (part) | 04/12/11 | J | | |
| 89. | | | | | Sold (part) | 06/13/11 | J | | |
| 90. | | | | | Sold (part) | 06/14/11 | J | | |
| 91. | | | | | Sold (part) | 07/18/11 | J | | |
| 92. | | | | | Sold (part) | 09/06/11 | J | | |
| 93. | | | | | Sold (part) | 10/07/11 | J | | |
| 94. | | | | | Sold | 12/23/11 | J | C | |
| 95. -Oppenheimer A Developing Markets | | | | | Sold (part) | 01/26/11 | J | | |
| 96. | | | | | Sold (part) | 02/25/11 | J | | |
| 97. | | | | | Sold (part) | 05/27/11 | J | | |
| 98. | | | | | Sold (part) | 06/13/11 | J | | |
| 99. | | | | | Sold (part) | 06/14/11 | J | | |
| 100. | | | | | Sold (part) | 09/06/11 | J | | |
| 101. | | | | | Sold (part) | 10/07/11 | J | | |
| 102. | | | | | Sold (part) | 11/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 12/23/11 | J | C | |
| 104.  -Pimco Admin Total Return | | | | | Sold (part) | 01/10/11 | J | | |
| 105. | | | | | Sold (part) | 01/26/11 | J | | |
| 106. | | | | | Sold (part) | 03/29/11 | J | | |
| 107. | | | | | Sold (part) | 04/12/11 | J | | |
| 108. | | | | | Sold (part) | 05/06/11 | J | | |
| 109. | | | | | Sold (part) | 06/14/11 | J | | |
| 110. | | | | | Sold (part) | 09/06/11 | J | | |
| 111. | | | | | Sold (part) | 10/07/11 | J | | |
| 112. | | | | | Sold | 12/23/11 | J | D | |
| 113.  -Quaker A Long-Short Tactical Allocation | | | | | Sold | 12/23/11 | J | A | |
| 114.  -Vanguard Dividend Growth | | | | | Sold (part) | 02/25/11 | J | | |
| 115. | | | | | Sold (part) | 11/28/11 | J | | |
| 116. | | | | | Sold | 12/23/11 | J | D | |
| 117.  -Wasatch Micro Cap | | | | | Sold (part) | 01/26/11 | J | | |
| 118. | | | | | Sold | 12/23/11 | J | B | |
| 119.  -Wasatch Micro Cap Value | | | | | Sold (part) | 02/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/29/11 | J | | |
| 121. | | | | | Sold (part) | 06/13/11 | J | | |
| 122. | | | | | Sold (part) | 07/18/11 | J | | |
| 123. | | | | | Sold | 09/06/11 | J | C | |
| 124. -Westport R Fund | | | | | Sold (part) | 01/10/11 | J | | |
| 125. | | | | | Sold (part) | 06/13/11 | J | | |
| 126. | | | | | Sold (part) | 06/14/11 | J | | |
| 127. | | | | | Sold (part) | 09/06/11 | J | | |
| 128. | | | | | Sold (part) | 10/07/11 | J | | |
| 129. | | | | | Sold | 12/23/11 | J | C | |
| 130. -JP Morgan A Highbridge Dynamic Commodity Strat | | | | | Buy | 04/29/11 | J | | |
| 131. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 132. | | | | | Sold (part) | 10/07/11 | J | | |
| 133. | | | | | Sold | 12/23/11 | J | C | |
| 134. IRA- Met Life Variable Annuity Series (Y) | | | | | | | | | |
| 135. IRA ROLLOVER FIDELITY #3 | D | Int./Div. | L | T | | | | | |
| 136. -American Fundamental Investors | | | | | Sold | 01/24/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -American New World | | | | | Sold | 01/24/11 | J | C | |
| 138. -Artisan Mid Cap | | | | | Sold | 01/24/11 | J | B | |
| 139. -Artio International | | | | | Sold | 01/24/11 | J | D | |
| 140. -DouibleLine Bond N | | | | | Buy | 01/24/11 | J | | |
| 141. -Fairholme Fund | | | | | Sold (part) | 06/01/11 | J | | |
| 142. | | | | | Sold | 08/18/11 | J | C | |
| 143. -Fidelity Adv. I Mid Cap II | | | | | Buy | 04/26/11 | J | | |
| 144. | | | | | Sold | 08/18/11 | J | C | |
| 145. -Fidelity Adv I New Insights | | | | | Buy | 01/24/11 | J | | |
| 146. | | | | | Buy (add'l) | 04/26/11 | J | | |
| 147. -Fidelity Floating Rate High Income | | | | | Sold (part) | 01/24/11 | J | | |
| 148. | | | | | Sold (part) | 04/26/11 | J | | |
| 149. | | | | | Sold | 04/26/11 | J | C | |
| 150. -Fidelity Contrafund | | | | | Sold | 04/26/11 | J | C | |
| 151. -Fidelity Strategic | | | | | Sold | 01/24/11 | J | C | |
| 152. -Fidelity Select Technology | | | | | Buy | 04/26/11 | J | | |
| 153. -First Eagle Gold Fund | | | | | Sold (part) | 01/24/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/26/11 | J | | |
| 155. -First Eagle Global Class | | | | | Sold | 01/24/11 | J | D | |
| 156. -IVA A Worldwide | | | | | Buy | 01/24/11 | J | | |
| 157. | | | | | Buy (add'l) | 04/26/11 | J | | |
| 158. -iShares S&P US Peferred Stock Index | | | | | Buy | 01/24/11 | J | | |
| 159. | | | | | Sold | 04/26/11 | J | C | |
| 160. -John Hancock Large CAP | | | | | Buy (add'l) | 01/24/11 | J | | |
| 161. | | | | | Sold | 01/24/11 | J | D | |
| 162. -John Hancock A High Yield | | | | | Buy | 01/24/11 | J | | |
| 163. | | | | | Sold | 04/26/11 | J | D | |
| 164. -John Hancock A Global Opportunity | | | | | Buy | 04/26/11 | J | | |
| 165. | | | | | Sold (part) | 08/18/11 | J | | |
| 166. -Janus Contrarian | | | | | Sold | 01/24/11 | J | C | |
| 167. -JPMorgan Alerian | | | | | Buy | 01/24/11 | J | | |
| 168. -JP Morgan A Highbridge Dynamic Commodity Strat | | | | | Buy | 04/26/11 | J | | |
| 169. -Lord Abbett A Short Duration Inc. | | | | | Buy | 01/24/11 | J | | |
| 170. -Lord Abbett A Value Opportunities | | | | | Buy | 01/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Munder Midcap Core | | | | | Sold | 01/24/11 | J | C | |
| 172. -Nuveen A Preferred Securities | | | | | Buy | 04/26/11 | J | | |
| 173. -Oppenheimer Dv. | | | | | Sold (part) | 01/24/11 | J | | |
| 174. -Pimco Total Return | | | | | Sold | 04/26/11 | J | C | |
| 175. -Pimco D All Asset All Authority | | | | | Buy | 01/24/11 | J | | |
| 176. | | | | | Sold | 04/26/11 | J | C | |
| 177. -Putnam A Equity Spectrum | | | | | Buy | 08/18/11 | J | | |
| 178. -RS Value Fund | | | | | Sold | 01/24/11 | J | B | |
| 179. -Rydex SGI Managed | | | | | Sold | 01/24/11 | J | A | |
| 180. -Templeton A Global Bond | | | | | Buy | 01/24/11 | J | | |
| 181. -Third Avenue Value | | | | | Sold | 01/24/11 | J | B | |
| 182. -Wasatch Emerging Mkts Small Cap | | | | | Buy | 04/24/11 | J | | |
| 183. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 184. -Wasatch Global | | | | | Sold | 01/24/11 | J | B | |
| 185. -Wasatch Global Opportunities | | | | | Buy | 01/24/11 | J | | |
| 186. -Wastach Micro_Cap | | | | | Sold | 01/24/11 | J | B | |
| 187. -Westport Fund Class | | | | | Sold | 01/24/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   -Yacktman Focused Fund | | | | | Buy | 06/01/11 | J | | |
| 189. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 190.   -Fidelity Cash Reserves | | | | | Buy (add'l) | 01/25/11 | J | | |
| 191. | | | | | Sold (part) | 01/27/11 | J | | |
| 192. | | | | | Sold (part) | 04/27/11 | J | | |
| 193. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 194. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 195. | | | | | Sold (part) | 08/19/11 | J | | |
| 196.   Fidelity (ROTH) #4 | A | Int./Div. | J | T | | | | | |
| 197.   -Fidelity Cash Reserves | | | | | | | | | |
| 198.   -Steelpath A Sel | | | | | | | | | |
| 199.   -Doubleline N. Bond | | | | | | | | | |
| 200.   -Wasatch Global Opportunities | | | | | | | | | |
| 201.   -IVA A Worldwide | | | | | | | | | |
| 202.   -Nuveen A Preferred Securities | | | | | | | | | |
| 203.   -John Hancock A. Global Opportunity | | | | | | | | | |
| 204.   -John Hancock A. High Yield | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -PIMCO D All Asset All Authority | | | | | Sold | 03/29/11 | J | A | |
| 206.  -PIMCO Admin Total Return | | | | | Sold | 03/29/11 | J | A | |
| 207.  -Lord Abbett A Value Opportunities | | | | | | | | | |
| 208.  -Lord Abbett A Short Duration, Inc. | | | | | | | | | |
| 209.  -Fidelity Adv. I New Insights | | | | | | | | | |
| 210.  -First Eagle A Gold Fund | | | | | | | | | |
| 211.  -Templeton A Global Bond | | | | | | | | | |
| 212.  -Oppenheimer A Developing Markets | | | | | | | | | |
| 213.  -Oakmark Select | | | | | Sold | 03/29/11 | J | A | |
| 214.  -Yacktman Fund | | | | | Buy | 03/29/11 | J | | |
| 215.  -Putnam A Equity Spectrum | | | | | | | | | |
| 216.  -Wasatch Emerging Mkts Small Cap | | | | | | | | | |
| 217.  -Lord Abbett A Short Duration, Inc. | | | | | | | | | |
| 218.  -Fidelity Select Technology | | | | | | | | | |
| 219.  -JP Morgan A Highbridge Dynamic Commodity Strait | | | | | | | | | |
| 220.  IRA - Fidelity #5 (Y) | A | Int./Div. | J | T | | | | | |
| 221.  -Artio International Equity II Fund CL A(Y) | | | | | Sold | 01/04/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Fidelity Advisor New Insights CL A(Y) | | | | | Sold | 01/04/10 | J | B | |
| 223. -First Eagle Global Class A(Y) | | | | | Sold | 01/04/10 | J | B | |
| 224. -Mainstay Icap Select Equity FD CL 1(Y) | | | | | Sold | 01/04/10 | J | B | |
| 225. -RS Value Fund CL A(Y) | | | | | Sold | 01/04/10 | J | B | |
| 226. -Third Avenue Value(Y) | | | | | Sold | 01/04/10 | J | A | |
| 227. -Fidelity Cash Reserves(Y) | | | | | Sold | 01/04/10 | J | D | |
| 228. CM Life Insurance Company #2 | A | Int./Div. | J | T | | | | | |
| 229. State Farm Insurance | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSIER, R. KIMBALL | 7/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII/Investments and Trusts - Line 220- IRA Fidelity #5 was sold in 2010, but was inadvertently not disclosed on the 2010 Finanial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ R. KIMBALL MOSIER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544